IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

MAY 30 2023

LAURA A. AUSTIN, CLERK
BY: /s/ N Beeson
DEPUTY CLERK

Jones
District Judge
(Assigned by Clerk's Office)

Sargent
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:23CV315
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

King Cedric Omar Snead
Plaintiff Name

N/A
Inmate No.

v.

Common Wealth of Virginia
Defendant Name & Address

Mercy, MGB Abagial ECT., Augustus paul
Defendant Name & Address

DR. Omen DR. Leiven
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

*******************************************************************************

A. <u>Where are you now?</u> Name <u>and</u> Address of Facility:

Western State hospital
Staunton, VA

B. Where did this action take place?

Fairfax VA

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    __X__ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

__✓__ Yes    _____ No

1. If your answer is Yes, indicate the result:

hand writ letter to Admination, about abuse, unsafe hygien ECT.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

all Staff knew I was being abuse, Both time I was admintted to the Hospital my food had chicke feathers, Mice Droping ECT.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

I was Sexully assuttled by Dude and grounds keeper michal? all this is caught on Carmai around or about 2/2023

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

800,000,000,000 million Dollars I want to press charges = Justice and unlimted rescourse

G. If this case goes to trial, do you request a trial by jury? Yes ✓  No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 25/2023/5   SIGNATURE: _____

VERIFICATION:
I, King Cedric Omar Smith, state that I am the plaintiff in this action, and I know the content of the above complaint, that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 25/2023/5   SIGNATURE: _____

P. O. BOX 2500
STAUNTON, VIRGINIA 24402-2500

King Cedric Omar Snead



United States District Court
Office of the Clerk
210 Franklin RD., Rm 540
Roanoke VA 24011

24011-220840